1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   AARON RUNNER
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,       )   No.  CR. S-08-186 MCE
                                   )
9              Plaintiff,          )
                                   )   STIPULATION TO CONTINUE
10                                 )   SCHEDULE FOR SENTENCING
        v.                         )
11                                 )
   AARON RUNNER,   et al.,         )
12                                 )
               Defendants.         )
13 _____)

14     IT IS HEREBY STIPULATED AND AGREED between the defendant, Aaron Runner, by

15 and through his defense counsel, Bruce Locke, and the United States of America by and through its

16 counsel, Assistant United States Attorney Lawrence Brown, that the schedule for disclosure of the

17 Pre-Sentence Report and the date for sentencing should be amended and that the new schedule will

18 be that the draft Pre-Sentence Report shall be disclosed to the parties on August 7, 2008; the

19 informal objections shall be served on the Probation Officer and opposing counsel on August 21,

20 2008; the final Pre-Sentence Report shall be filed with the Court and served on the parties on August

21 28, 2008; the Sentencing Memoranda and formal objections to the Pre-Sentence Report shall be filed

22 on September 4, 2008; and the date for judgement and sentencing will be September 11, 2008 at 9:00

23 a.m.

24

25 DATED: July 2, 2008            _____/S/_____

26                                L. BRUCE LOCKE

27                                Attorney for David Harrison

28

29                                    1

1 | DATED: July 2, 2008               /s/ Bruce Locke
2 |                                   For LAWRENCE BROWN
3 |                                   Assistant United States Attorney
4 |
5 |
6 |    IT IS SO ORDERED.
7 |
8 |
9 | Dated:  July 22, 2008
10|
11|
12|                                   _____
13|                                   MORRISON C. ENGLAND, JR.
14|                                   UNITED STATES DISTRICT JUDGE

2