L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
AARON RUNNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-08-186 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | SCHEDULE FOR SENTENCING |
| v. | ) | |
| | ) | |
| AARON RUNNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Aaron Runner, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant United States Attorney Lawrence Brown, that the schedule for disclosure of the Pre-Sentence Report and the date for sentencing should be amended and that the new schedule will be that the draft Pre-Sentence Report shall be disclosed to the parties on September 4, 2008; the informal objections shall be served on the Probation Officer and opposing counsel on September 25, 2008; the final Pre-Sentence Report shall be filed with the Court and served on the parties on October 2, 2008; the Sentencing Memoranda and formal objections to the Pre-Sentence Report shall be filed on October 9, 2008; and the date for judgement and sentencing will be October 16, 2008 at 9:00 a.m.

DATED: September 22, 2008           /S/
                                    L. BRUCE LOCKE
                                    Attorney for Aaron Runner

1

DATED: September 22, 2008        /s/ Bruce Locke
                                 For LAWRENCE BROWN
                                 Assistant United States Attorney

IT IS SO ORDERED.

Dated:  September 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2