1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   AARON RUNNER
5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          )      No.  CR. S-08-186 MCE
                                      )
9               Plaintiff,            )
                                      )      STIPULATION TO ADVANCE THE
10                                    )      SCHEDULE FOR SENTENCING
        v.                            )
11                                    )
   AARON RUNNER,   et al.,            )
12                                    )
                Defendants.           )
13  _____  )

14        IT IS HEREBY STIPULATED AND AGREED between the defendant, Aaron Runner, by

15  and through his defense counsel, Bruce Locke, and the United States of America by and through its

16  counsel, Assistant United States Attorney Lawrence Brown, that the date for judgement and

17  sentencing will be October 9, 2008 at 9:00 a.m. Mr. Runner does not have any objections to the Pre-

18  Sentence Report and he would like to advance his sentencing date.  Any sentencing memoranda

19  should be filed by October 2, 2008.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

29                                        1

1    DATED: September 26, 2008                         /S/  Bruce Locke
                                                  BRUCE LOCKE
2                                                 Attorney for Aaron Runner

3    DATED: September 26, 2008                         /s/ Bruce Locke
                                                  For LAWRENCE BROWN
4                                                 Assistant United States Attorney

5

6            IT IS SO ORDERED.

7

8     Dated:  September 30, 2008

9

10                                                MORRISON C. ENGLAND, JR.
                                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29                                                     2